# United States District Court



FILED

JAN 3 1 2011

Clerk, U.S. District Court
By _____ Deputy Clerk

for the

District of Kansas

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 11-mj-5001-01-KGS |
| ) | |
| RACHELLE SANTIAGO ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

Between on or about January 22, 2011 and January 25, 2011, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, the defendant,

**Rachelle Santiago**

did knowingly, willfully, and intentionally travel within the special territorial jurisdiction of the United States with the intent to kill, injure, harass, or place under surveillance with intent to kill, injure, harass, or intimidate another person, to wit: Daniel Acevedo, and in the course of, or as a result of, such travel placed that person in reasonable fear of the death of, or serious bodily injury to, or caused substantial emotional distress to that person, a member of the immediate family of that person, or the spouse or intimate partner of that person.

All in violation of Title 18, United States Code, Section 2261A(1).

## COUNT 2

On or about January 26, 2011, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, the defendant,

### Rachelle Santiago

did willfully flee or attempt to elude a pursuing police vehicle when given visual or audible signal to bring the vehicle to a stop and engaging in reckless driving as defined by K.S.A 8-1566.

All in violation of Title 18, United States Code, Section 13, and K.S.A. 21-1568(b).

I further state that I am a Supervisory Special Agent, United States Army Criminal Investigative Division, Fort Riley, Kansas and that this complaint is based on the facts included in the attached affidavit, which is incorporated by reference as though set out in full.

_____
Complainant's signature

Lisa M. Medrano, Special Agent
Printed name and title

Sworn to before me by telephone but not and signed in my presence,

Date: 1/31/11

_____
Judge's signature

K. Gary Sebelius
Printed name and title of Judicial Officer
U.S. Magistrate Judge

City and state: Topeka, Kansas