Case No.: 11-mj-5001-01-KGS

I, Special Agent Lisa M. MEDRANO, 3727, 78TH Military Police Detachment, USACIDC, 403 Holbrook Avenue, Fort Riley, KS 66442

having been duly sworn, on oath depose and state that:

On 24 Jan 11, this office was notified that SGT Daniel C. ACEVEDO, a Fort Riley Soldier, was harassed, stalked and sexually assaulted by Mrs. Rachelle SANTIAGO, a Licensed Clinical Social Worker (Contract Employee), Irwin Army Community Hospital (IACH), 600 Caisson Road, (Farley Clinic), FRKS. The ensuing investigation determined SGT ACEVEDO was undergoing therapy with Mrs. SANTIAGO for Post Traumatic Stress Disorder and marital issues, including sexual dysfunction. The counseling began during the first week of Dec. 2010 and there were four completed sessions. SGT ACEVEDO reported that after the first three sessions the therapy was going well, and his relationship matters at home were improving. On the fourth session, on 20 Jan 11, SGT ACEVEDO confided that he and Mrs. ACEVEDO were having intimacy problems. Mrs. SANTIAGO counseled that he should find his wife a "fuck buddy," because that is what she did for her husband and it helped her marriage, so it might improve the ACEVEDO's issues. SGT ACEVEDO stated he was very shocked by the advice, but commented he and Mrs. ACEVEDO were not that type and that was not an option for them. On 21 Jan 11, representatives from SGT ACEVEDO's unit contacted Mrs. SANTIAGO to discuss SGT ACEVEDO's mental condition and were informed SGT ACEVEDO was mentally unstable, troubled and having a hard time. At that time, SGT ACEVEDO worked in the unit arms room with an abundance of weapons and ammunition and he was relieved from the arms room based upon the information Mrs. SANTIAGO provided. During the evening of Saturday, 22 Jan 11, Mrs. SANTIAGO contacted SGT ACEVEDO and requested he return a book she previously loaned him. SGT ACEVEDO agreed and met Mrs. SANTIAGO at the Farrelly Clinic, FRKS, where she requested he drive her to a location off post. Mrs. SANTIAGO explained to SGT ACEVEDO there was another patient she was treating and she wanted SGT ACEVEDO to meet that patient. Mrs. SANTIAGO directed SGT ACEVEDO to drive to the Corner Pocket Bar, Junction City, KS, where she offered him a drink; he declined. SGT ACEVEDO stated Mrs. SANTIAGO was talking with a white male, who appeared to be a Soldier who was in the bar, and she introduced SGT ACEVEDO to the man, but not vice versa. SGT ACEVEDO stated the situation was very strange and Mrs. SANTIAGO was talking with the other man, but SGT ACEVEDO could not hear what was said. SGT ACEVEDO became uncomfortable and returned Mrs. SANTIAGO to Farrelly Clinic, where they went into her office. During the drive back to Farrelly Clinic, Mrs. SANTIAGO asked SGT ACEVEDO if he trusted her, to which he replied that he did, because she was his therapist. Once in the office, Mrs. SANTIAGO embraced SGT ACEVEDO in a very strong and aggressive manner and told him it was appropriate as it was a part of counseling. Mrs. SANTIAGO alluded that she wanted to have an orgasm. For about 15 minutes, while continuing the embrace, Mrs. SANTIAGO began to rub and grind her crotch area (humping) against SGT ACEVEDO, and eventually told him she did have an orgasm and she wanted him to do the same. SGT ACEVEDO stated he was not interested and was faithful to his wife. During the rubbing and "humping," SGT

ACEVEDO stated he was shocked and uncertain of what to do. SGT ACEVEDO stated his impulse was to shove her away from him, but he felt that if she fell or he hurt her in any way, he would then be in trouble. Also, while in Mrs. SANTIAGO's office, she took SGT ACEVEDO's hand, placed it upon her breast, grabbed and groped upon his penis and told him to go home to have sex with his wife. Mrs. SANTIAGO also told SGT ACEVEDO she, "wanted him to fuck her." SGT ACEVEDO stated he did not reciprocate any of the fondling and did not have an erection. SGT ACEVEDO did get home around 2100, 22 Jan 11. About 0400, 23 Jan 11, SGT ACEVEDO checked his phone for any messages and reported there were about 15 text messages and missed calls from Mrs. SANTIAGO. As SGT ACEVEDO began to check the photos, he was alarmed and deleted many of them without opening or reading them, but he did see a picture of pink lingerie. Before SGT ACEVEDO started to delete the messages, he read one or two and Mrs. SANTIAGO told him she was, "hot and wet" while thinking about him. Mrs. SANTIAGO also stated he now had to follow her orders and that she now controlled him. SGT ACEVEDO said he thought about Mrs. SANTIAGO's earlier report to his command, which resulted in him being relieved from his duties in the Arms room, and thought in some odd way, that he must respect her as he would someone in his Chain of Command. SGT ACEVEDO stated he was perplexed with the entire situation and worried about Mrs. ACEVEDO and what she might do to Mrs. SANTIAGO if she knew. SGT ACEVEDO texted Mrs. SANTIAGO and told her to stop sending him messages and stop calling him. SGT ACEVEDO stated once he made contact with her, the messages and phone calls began to come in rapid succession. About 0500, 23 Jan 11, SGT and Mrs. ACEVEDO heard someone ringing their door bell. When SGT ACEVEDO went to answer the door, no one was there. SGT ACEVEDO did notice footprints in the fresh snow that led to his door. A short time later, Mrs. ACEVEDO asked SGT ACEVEDO about a car she noticed parked in the street adjacent to their residence. SGT ACEVEDO checked and noticed it was a gold Acura, the same car Mrs. SANTIAGO had driven the previous evening when he met her at the Farrelly Clinic. SGT ACEVEDO, becoming more alarmed with the situation, said he felt as though he was losing his sense of security in his home and for his family. SGT ACEVEDO said he felt like he did during his deployment, edgy with a need for a heightened sense of security to protect his home and family. Around 1000 that same morning, SGT ACEVEDO went to the Burger King Restaurant, where he had asked Mrs. SANTIAGO to meet him. She did meet him and gave him a white envelope with the words, "My Master" written on the front. SGT ACEVEDO returned the envelope to Mrs. SANTIAGO, without opening it and asked her to stop calling, texting and harassing him. Mrs. SANTIAGO removed her wedding ring and stated her relationship with her husband was over, and SGT ACEVEDO was now, "her man." As they parted company, SGT ACEVEDO stated the messages and calls continued to come in throughout the day, leaving SGT ACEVEDO feeling extremely unnerved, vulnerable, scared and confused. Mrs. SANTIAGO was requesting to meet again with SGT ACEVEDO, possibly at her house in Manhattan, KS. On 24 Jan 11, the harassing messages continued. Mrs. SANTIAGO became very demanding in nature stating, "I order you," "You will do as I say." SGT ACEVEDO finally confided to a fellow NCO what was happening, and was advised he should report the matter. SGT and Mrs. ACEVEDO were driving to their residence, and noticed Mrs. SANTIAGO was again sitting in her car, outside their residence. Mrs. SANTIAGO held her hand out, attempting to get the ACEVEDO's to stop, but they did not. SGT ACEVEDO stated he was scared for his family because Mrs. SANTIAGO said she would go to the Child Development Center where his

children go, or to Mrs. ACEVEDO's place of work and hurt them, if he did not come to see her. SGT and Mrs. ACEVEDO alerted her place of work and his children's' Child Development Center of the threats made by Mrs. SANTIAGO. On 24 Jan 11, SGT ACEVEDO continued to receive text messages from Mrs. SANTIAGO. The tone of the messages was that SGT ACEVEDO had sexual intercourse with Mrs. SANTIAGO, and then dumped her. Via text message, Mrs. SANTIAGO stated, "I should tell Mrs. ACEVEDO, remember I know where you live and what color your sheets are," "I don't want to hurt you, you are hurting me, "I will eat your lunch... the only way you can protect your boys," "You come talk to me or I will jack your world 6 ways to Sunday and don't doubt my ability to do this," "You want a crazy bitch, I will be your crazy bitch," "We are now in a Mexican stand- off."   Around noon on 24 Jan 11, SGT ACEVEDO disclosed the entire matter to Mrs. ACEVEDO. Mrs. ACEVEDO, when interviewed, stated Mrs. SANTIAGO had called her, requesting to speak to SGT ACEVEDO and on her phone, there were messages from an unfamiliar number, and they only contained music. Mrs. ACEVEDO surmised Mrs. SANTIAGO obtained her (Mrs. ACEVEDO's) personal phone and personal information by accessing her personal medical file data. Mrs. ACEVEDO viewed some of the text messages and notified her supervisor and the Child Development Center where the ACEVEDO children go of the threats being made. Mrs. ACEVEDO also alerted her neighbors to be on the lookout for strange vehicles in the area, and was notified one of the neighbors observed Mrs. SANTIAGO's gold Acura in the street around the ACEVEDO residence. After SGT and Mrs. ACEVEDO began the reporting process of this matter, Mrs. ACEVEDO noticed a small statue formerly sitting on their porch was missing. The statue was there that morning but was missing later that day. During the early evening of 24 Jan 11, SGT ACEVEDO, while checking the security of his home, noticed there was another unusual vehicle parked down the street from his home. SGT ACEVEDO stated it did not appear to be Mrs. SANTIAGO's gold Acura, but when he looked more closely at the vehicle, the driver flicked the lights from dim to bright. After SGT ACEVEDO went to bed, he noticed that a vehicle drove past his residence and seemed to shine a bright light through the window. SGT ACEVEDO jumped up to see who it was but the vehicle passed too quickly.

On 25 Jan 11, under the supervision of CID Special Agent's, SGT ACEVEDO placed a pre-textual call to Mrs. SANTIAGO. During the call, Mrs. SANTIAGO told SGT ACEVEDO she loved him with all her heart and soul, he was her man and she would lay down everything she had for him. On 25 Jan 11, Mrs. SANTIAGO came to the CID office and was interviewed under non-custodial circumstances. Mrs. SANTIAGO denied sexually propositioning or touching SGT ACEVEDO in a sexual manner. She also stated she had sent him some messages about appointments and therapy, but due to some of the texts she was receiving from SGT ACEVEDO, felt there were very inappropriate messages being sent from her phone to SGT ACEVEDO. Mrs. SANTIAGO stated she was not sending messages or leaving voice messages, but someone had remotely hi-jacked her phone and was using "spy-ware" making it seem as it was her, but it was not. Mrs. SANTIAGO also said someone was duplicating her voice to leave the phone messages, but again, it was not her. Mrs. SANTIAGO did admit she never lost possession of her phone over the past several days. On 25 Jan 11, Mrs. SANTIAGO was issued a bar to the Ft. Riley installation that indicated she was not to enter the installation. About 2255, 25 Jan 11, Mrs. SANTIAGO attempted to enter the installation through the Ogden Access Control Point. Mrs. SANTIAGO was denied entry and issued a citation for criminal

trespassing. Mrs. SANTIAGO then called the Military Police Desk Sergeant stating she needed to come onto Ft. Riley because she had to talk to SGT ACEVEDO because he needed her help. About 0103, 26 Jan 11, Mrs. SANTIAGO approached the Henry Gate Access Control Point. Mrs. SANTIAGO breeched the gate at a high rate of speed, failing to stop. The Fort Riley Police, recognizing the vehicle and driver as Mrs. SANTIAGO, began to pursue the vehicle, and speeds elevated to about 110 mph. The Police backed off, but continued to pursue from a safe distance at a safe speed. Eventually, Mrs. SANTIAGO stopped and was detained and apprehended. Her vehicle was parked in the Rally Point parking lot and was impounded. The pursuit of Mrs. SANTIAGO lasted approximately 50 minutes with Mrs. SANTIAGO driving excessively fast, erratic and dangerously throughout the military installation, to include passing by several family housing areas. Mrs. SANTIAGO violated posted speed limits and made illegal lane changes. Mrs. SANTIAGO was transported to the Geary Community Hospital where she was placed under police guard. The police and hospital staff reported Mrs. SANTIAGO was ranting and cussing continually. She tore things off the wall in the examination room and had to be restrained to be prevented from hurting herself or the staff. The Emergency Room reflected Mrs. SANTIAGO was completely out of control, manic, profane, and delusional and was screaming, yelling and flailing around on the cart. Mrs. SANTIAGO was at the hospital for about four hours and maintained she was SGT ACEVEDO's therapist, he needed her and she needed to see him. About 0600, 26 Jan 11, Mrs. SANTIAGO was transported to the Osawatomie State Mental Hospital, Osawatomie, KS, where she was admitted and treated by Dr. Kurt GUINDON. Dr. GUINDON stated Mrs. SANTIAGO had a psychotic break due to heavy dosages of prednisone (steroidal medicine) she was taking for a breathing and bronchial disorder. In his assessment of Mrs. SANTIAGO, Dr. GUINDON stated she still maintained she did not send the harassing text messages or leave the phone messages for SGT ACEVEDO. She stated someone had hi-jacked her phone. During the afternoon of 26 Jan 11, Mrs. SANTIAGO was interviewed at the Osawatomie Hospital by a CID Special Agent. Mrs. SANTIAGO stated she now realized she was no longer SGT ACEVEDO's therapist, but she still believed he needed her and when she was released, would contact him to discuss the situation between them. Also, on 26 Jan 11, SGT ACEVEDO found the envelope with the word, "Master" printed on the front. The envelope was laid beneath the seat in SGT ACEVEDO's car. The envelope was seized as evidence and opened. It contained a card with Mrs. SANTIAGO's hand written exclamation of her love for SGT ACEVEDO, and how they would be together forever. Mrs. SANTIAGO also left him a pair of perfumed panties.

SA Lisa M. Medrano, 78th Military Police Detachment, (CID)
403 Holbrook Avenue, Fort Riley, KS 66442

*Lisa M Medrano*

TYPED NAME AND ORGANIZATION OF AFFIANT        SIGNATURE OF AFFIANT

---

TYPED NAME, ORGANIZATION AND OFFICIAL            SIGNATURE OF AUTHORITY ADMINISTERING THE
CAPACITY OF AUTHORITY ADMINISTERING              OATH
THE OATH

Subscribed and Sworn to me on this _____ day of January, 2011.

[Notary seal: WILLIAM J. PENNINGTON, NOTARY PUBLIC, STATE OF KANSAS, My Appt. Exp. 8-28-2013]

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 29th DAY OF January 20 11
MY APPOINTMENT EXPIRES: 28 August 2013
(NOTARY) *William J. Pennington*