IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

UNITED STATES OF AMERICA,
          PLAINTIFF,

vs.          No.  11-40009-JAR

RACHELLE SANTIAGO,
          DEFENDANT.

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

Between on or about January 22, 2011 and January 25, 2011, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, the defendant,

**RACHELLE SANTIAGO,**

did knowingly, willfully, and intentionally travel within the special territorial jurisdiction of the United States with the intent to kill, injure, harass, or place under surveillance with intent to kill, injure, harass, or intimidate another person, to wit: Daniel Acevedo, and in the course of, or as a result of, such travel placed that person in reasonable fear of the death of, or serious bodily injury to, or caused substantial emotional distress to that person, a member of the immediate

family of that person, or the spouse of intimate partner of that person, in violation of Title 18, United States Code, Section 2261A(1).

## COUNT 2

On or about January 25, 2011, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, the defendant,

### RACHELLE SANTIAGO

did willfully flee or attempt to elude a pursuing police vehicle when given visual or audible signal to bring the vehicle to a stop and engaged in reckless driving as defined by K.S.A 8-1566, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-1568(b).

## COUNT 3

On or about January 25, 2011, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, the defendant,

### RACHELLE SANTIAGO

did intentionally touch the person of another, to wit: Daniel Acevedo, who was not their spouse, without that persons consent, with the intent to arouse or satisfy the sexual desires of the offender or another, in violation of Title

18, United States Code, Section 13, and K.S.A. 21-3517.

## COUNT 4

On or about January 24, 2011, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, the defendant,

**RACHELLE SANTIAGO**

did place a threat to commit violence, to wit: "When I see you, I am going to kill you. I am going to revive you and kill you again and again," with intent to terrorize another, to wit: Daniel Acevedo, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-3419(a)(1).

## COUNT 5

On or about January 25, 2011, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, the defendant,

**RACHELLE SANTIAGO**

did unlawfully go upon any military installation for a purpose prohibited by law or lawful regulation; or was found within any such installation after having been removed there from or ordered not to reenter by any officer or person in command or charge thereof, in violation of Title 18, United States

Code, Section 1382.

## A TRUE BILL

February 23, 2011          s/Foreperson
DATE                       FOREPERSON FOR THE GRAND JURY

 s/Robin A. Graham, KS #19249
Special Assistant United States Attorney
for BARRY R. GRISSOM
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: 913.551.6730
Fax: 913.551.6541
barry.grissom@usdoj.gov

[It is requested that trial be held in Topeka, Kansas]